1
2
3
4                                                              **E-FILED on**     7/27/05
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION
11

12  JUDI SOUSA,                                  No. C-05-01112 RMW
13             Plaintiff,                        ORDER CONTINUING CASE
                                                 MANAGEMENT CONFERENCE
14        v.
                                                 **[Re Docket No. 12]**
15  STEWART TITLE LONG-TERM DISABILITY
    INSURANCE PLAN, et al.
16
             Defendants.
17

18
        Pursuant to the parties' request in their joint case management statement filed on July 21, 2005, and
19
to permit the parties to complete their scheduled mediation, the court continues the case management
20
conference, currently scheduled for July 29, 2005 to November 18, 2005 at 10:30.
21

22

23
    DATED:      7/27/05                              /s/ Ronald M. Whyte
24                                                RONALD M. WHYTE
                                                  United States District Judge
25

26

27

28

ORDER CONTINUING CASE MANAGEMENT CONFERENCE — C-05-01112 RMW
MAG

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff(s):**

3  Charles B. Perkins        cbperk@earthlink.net

4  **Counsel for Defendant(s):**

5  Robert D. Phillips, Jr.    RPhillips@ReedSmith.com
   Eugenia S. Chern          EChern@ReedSmith.com
6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
8

9

10
    **Dated:**        7/27/05                              /s/ MAG
11                                                   **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING CASE MANAGEMENT CONFERENCE — C-05-01112 RMW
MAG                                    2