1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff
   JUDI SOUZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/18/05*

| | |
|---|---|
| JUDI SOUZA, | Case No. C05-01112-RMW RS |
| Plaintiff, | |
| vs. | STIPULATION REGARDING DEFEDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD AND (~~XXXXXXX~~) (PROPOSED) ORDER |
| STEWART TITLE LONG-TERM DISABILITY INSURANCE PLAN and STANDARD INSURANCE COMPANY, | |
| Defendants. | |

The parties, through their attorneys of record, hereby stipulate as follows:

WHEREAS, this action is brought under *29 U.S.C.§1132* (ERISA) for reinstatement of Long-Term Disability Benefits;

WHEREAS, on August 19, 2005, Defendants filed a Notice of Filing Administrative Record pursuant to Civil Local Rule 16-5, and Plaintiff disputes the applicability of Civil Local Rule 16-5 to this action;

WHEREAS, the parties have agreed to a mediation, which is scheduled for October 13, 2005, and the Initial Case Management Conference is scheduled for November 18, 2005.

IT IS HEREBY STIPULATED, that the rules regarding the timing of Plaintiff's Motion for Summary Judgment, as set forth in Civil Local Rule 16-5 shall not operate and the schedule for future motions, if any, shall be set by the court at the Initial Case Management Conference,

1  currently scheduled for November 18, 2005.

2  IT IS SO STIPULATED,

3  DATE: ~~August~~ September 2, 2005        FLYNN, ROSE & PERKINS

4                                            By _____
5                                               CHARLES B. PERKINS
                                                 Attorney for Plaintiff
6                                                JUDI SOUZA

7  DATE: August 31, 2005                     REED SMITH LLP

8                                            By _____
9                                               EUGENIA S. CHERN
                                                 Attorney for Defendant
10                                               STEWART TITLE LONG-TERM
11                                               DISABILITY INSURANCE PLAN and
                                                 STANDARD INSURANCE COMPANY
12

13                                    ORDER

14  Having reviewed the Stipulation of the parties, and good cause appearing, it is hereby
15  ordered that the parties do not need to comply with the motion schedule set forth in Civil Local
16  Rule 16.5, and that the schedule for future handling of this case shall be set at the Case
17  Management Conference, currently set for November 18, 2005.

18  IT IS SO ORDERED,
19  DATE: ~~August 1~~ Oct. 18, 2005

20                                            /S/ RONALD M. WHYTE
                                              _____
21                                            RONALD M. WHYTE
                                              U.S. DISTRICT COURT JUDGE
22