Robert D. Phillips, Jr. (SBN 82639)
Linda B. Oliver (SBN 166720)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendants
Stewart Title Long-Term Disability Insurance
Plan and Standard Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/16/05*

| | |
|---|---|
| JUDI SOUZA,<br><br>            Plaintiff,<br><br>    vs.<br><br>STEWART TITLE LONG-TERM DISABILITY INSURANCE PLAN and STANDARD INSURANCE COMPANY,<br><br>            Defendants. | Case No. C05 01112 RMW RS<br><br>**STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear their own costs and fees.

DATED: October 31, 2005.

REED SMITH LLP

By /S/ LINDA B. OLIVER
Linda B. Oliver
Attorneys for Defendants
Stewart Title Long-Term Disability Insurance Plan
and Standard Insurance Company

DATED: October 31, 2005.

FLYNN, ROSE & PERKINS

By /S/ CHARLES PERKINS
Charles Perkins
Attorneys for Plaintiff Judi Souza

**IT IS SO ORDERED:**

DATED: November 16, 2005.

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Court Judge

1    I, Linda B. Oliver, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on November 15, 2005 at Oakland, California.

                                                                                                                                                  __//S LINDA B. OLIVER__

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C05 01112 RMW          — 3 —          DOCSOAK-9798372.1-LOLIVER
STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER